**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.                                                                 Case No. 8:05-MC-59-T-27TBM

**GREGORY T. MAYER,**

      **Defendant.**
_____/

## **ORDER**

      **BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun (Dkt. 7) recommending that Plaintiff's Petition to Enforce Internal Revenue Service Summons (Dkt. 1) be granted. Neither party filed written objections to the Report and Recommendation.

      After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

      Accordingly, it is

      **ORDERED AND ADJUDGED** that:

      1)     The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

      2)     The United States' Petition to Enforce Internal Revenue Summons (Dkt. 1) is GRANTED.

3) Defendant Gregory T. Mayer shall fully comply with and obey the summonses and shall attend, provide testimony and provide the documents requested in the summonses at such time and place as may be set by Revenue Agent Townshend or other officer of the Internal Revenue Service.

**DONE AND ORDERED** in chambers this 14th day of November, 2005.

/s/James D. Whittemore
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record